# Order

Michigan Supreme Court
Lansing, Michigan

September 3, 2013

Robert P. Young, Jr.,
Chief Justice

Michael F. Cavanagh
Stephen J. Markman
Mary Beth Kelly
Brian K. Zahra
Bridget M. McCormack
David F. Viviano,
Justices

146458(67)

AUTO-OWNERS INSURANCE COMPANY,
      Plaintiff-Appellant,

v

                                        SC: 146458
                                        COA: 306860
                                        Kent CC: 2010-006430-CK

TAX CONNECTION WORLDWIDE, LLC,
JOHN R. BEASON, TAX CONNECTION
WORLD, and JACKSON'S FIVE STAR
CATERING, INC.,
      Defendants-Appellees.

_____/

      On order of the Court, the motion for reconsideration of this Court's June 14, 2013 order is considered, and it is DENIED, because it does not appear that the order was entered erroneously.



      I, Larry S. Royster, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 3, 2013



d0826

                        Clerk